# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | Case No.   1:10-CV-768 |
| | § | |
| $4,500.00 IN UNITED STATES | § | |
| CURRENCY | § | |

## ORDER ADOPTING
## <u>MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, for pretrial proceedings pursuant to Referral Order entered on November 30, 2010.  The court has received and considered the report of the United States magistrate judge, who recommends that the court grant the parties' motion to adopt stipulation and settlement agreement and motion to approve consent judgment pursuant to settlement, and enter consent judgment as proposed.

The magistrate judge's report is hereby **ADOPTED**, and the parties' "Motion to Adopt Stipulation and Settlement Agreement" [Docket No. 11] and "Motion to Approve Consent Judgment" [Docket No. 12] are **GRANTED**.  It is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

Consent judgment will be entered separately.

So **ORDERED** and **SIGNED** this **6**  day of **May, 2011.**

_____
Ron Clark, United States District Judge